IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEREK THOMPSON,                               No. C 14-03751 CW

    Plaintiff,                              SCHEDULING ORDER

  v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,

    Defendant.
_____/

    Derek Thompson v. National Collegiate Athletic Association, et al., case no. C 14-3751 CW case has been related to In Re: National Collegiate Athletic Association Athletic Grant in Aid Cap Antitrust Litigation, mdl case no. 14-md-2541 CW.  The schedule set at the case management conference on June 18, 2014, will apply to Thompson to the extent possible.  Counsel for Thompson shall confer with other Plaintiffs' counsel and by August 25 file any motion they wish to make on the issue of co-lead counsel.  Any response shall be due seven days thereafter and any reply four days after the response.  Defendants shall answer or move to dismiss the Thompson complaint within their motion to dismiss the other complaints.  Thompson's opposition and Defendants' reply will be filed and heard on the schedule already set.

Dated: 8/20/2014

                                  CLAUDIA WILKEN
                                  United States District Judge